| | | | |
|---|---|---|---|
| Com. v. Forbes | 3671 EDA 2015<br>Affirmed | 01/10/2017 | CP–23–CR–0006926–<br>2013<br>(Delaware) |
| Com. v. Devine | 3689 EDA 2015<br>Affirmed | 01/10/2017 | CP–51–CR–0014318–<br>2007<br>(Philadelphia) |
| Power Line Pkg. v. Hermes Calgon | 7 EDA 2016<br>Affirmed | 01/10/2017 | No. 2010–02341–36<br>(Bucks) |
| Com. v. Culver | 55 EDA 2016<br>Affirmed | 01/10/2017 | CP–23–CR–0002949–<br>2015<br>(Delaware) |
| Com. v. Freidland | 236 EDA 2016<br>Affirmed | 01/10/2017 | CP–51–CR–0010658–<br>2012<br>(Philadelphia) |
| Bank of America v. Iaboni | 647 EDA 2016<br>Affirmed | 01/10/2017 | 656–2012<br>(Pike) |
| In re K.S.T. | 758 EDA 2016<br>Affirmed | 01/10/2017 | CP–51–AP–0000031–<br>2016<br>(Philadelphia) |
| In the Interest of: K.S.D. | 759 EDA 2016<br>Affirmed | 01/10/2017 | CP–51–AP–0000063–<br>2016<br>(Philadelphia) |
| Com. v. Kushner | 792 EDA 2016<br>Affirmed | 01/10/2017 | CP–46–CR–0009814–<br>2008<br>(Montgomery) |
| In the Interest of C.A.J.–B.Y. | 1818 EDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 01/10/2017 | CP–51–AP–0000301–<br>2016<br>CP–51–DP–0001468–<br>2013<br>(Philadelphia) |
| In the Interest of: A.S. | 1850 EDA 2016<br>Affirmed | 01/10/2017 | CP–51–DP–0015013–<br>2009<br>(Philadelphia) |
| Com. v. Miller | 932 MDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 01/10/2017 | CP–50–MD–0000008–<br>2001<br>(Perry) |
| Com. v. Etka | 1919 MDA 2015<br>Affirmed | 01/10/2017 | CP–08–CR–0000431–<br>2014<br>(Bradford) |
| Com. v. Williamson–Towery | 2105 MDA 2015<br>Affirmed | 01/10/2017 | CP–22–CR–0003028–<br>2012<br>CP–22–CR–0003047–<br>2012<br>(Dauphin) |
| Com. v. Martinez | 248 MDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 01/10/2017 | CP–06–CR–0003485–<br>2015<br>(Berks) |